FILED
IN COURT
CHARLOTTE, N. C.

AUG 31 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:06-MJ-00363 |
| | ) | |
| v. | ) | ORDER UNSEALING ARREST WARRANT, CRIMINAL COMPLAINT, AFFIDAVIT, MOTION TO SEAL, AND ORDER TO SEAL |
| | ) | |
| ISRAEL GAONA PERALTA | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and Order to seal be unsealed,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and Order to seal be unsealed.

This the 31st day of August, 2006.

_____
DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE