UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:06-MJ-00363 |
| v. | **ORDER** |
| ISRAEL GAONA PERALTA | |

THIS MATTER is before the Court on the United States' Motion to Dismiss Criminal Complaint, filed August 31, 2006. This Court, having considered the United States' Motion and the parties' arguments during a hearing on August 31, 2006, and noting that Defendant consents to such Motion, grants the United States leave of court to dismiss the Criminal Complaint pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS, THEREFORE, ORDERED that the United States' Motion to Dismiss Criminal Complaint is hereby GRANTED, and the Criminal Complaint is hereby DISMISSED.

Signed: September 5, 2006

David C. Keesler
United States Magistrate Judge